# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BENIK,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>LVGV, LLC D/B/A THE M RESORT SPA CASINO, A FOREIGN LIMITED LIABILITY CORPORATION; DOE INDIVIDUALS 1-10, DOE EMPLOYEES 11-20; AND ROE CORPORATIONS 21-30 ,<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-00623-APG-EJY<br><br>**ORDER DENYING MOTION TO REMAND**<br><br>[ECF Nos. 7, 10] |

　　　　Plaintiff Michael Benik filed two motions to remand this case to state court. ECF Nos. 7 10. Defendant LVGV, LLC's petition to remove the case adequately alleged that diversity of citizenship existed. ECF No. 1 at 1. And at the time of removal, Benik had alleged he had incurred over $71,000.00 in past medical expenses. ECF No. 1-5 at 2. The "amount in controversy is assessed as of the time of removal," and subsequent changes to that amount do not defeat diversity jurisdiction. *Chavez v. JPMorgan Chase & Co.*, 888 F.3d 413, 417 (9th Cir. 2018). Thus, this case was properly removed to this court.

　　　　I THEREFORE ORDER that plaintiff Michael Benik's two motions to remand **(ECF Nos. 7. 10) are denied.**

　　　　DATED this 28th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE